UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMARTPAK EQUINE, L.L.C., <br> Plaintiff, <br><br> v. <br><br> CARL JANZEN, individually and d/b/a QWIK AND SIMPLE, JAMES CHRISTIE, d/b/a QWIK AND SIMPLE and GRANT MYHRE, d/b/a QWIK AND SIMPLE, <br><br> Defendants. | CIVIL ACTION NO. <br><br> **ORAL ARGUMENT REQUESTED** |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to 35 U.S.C. § 283 and Fed. R. Civ. P. 65(a), Plaintiff SmartPak Equine, L.L.C. hereby respectfully requests that the Court preliminarily enjoin and restrain defendants Carl Janzen d/b/a Qwik and Simple, James Christie d/b/a Qwik and Simple, and Grant Myhre d/b/a Qwik and Simple, their officers, agents, servants, representatives, employees, attorneys, successors and assigns, and all persons and entities acting for them or on their behalf, or acting in concert with them, from:

1. Directly or indirectly making or causing to be made, using or causing to be used, offering to sell or causing to be offered for sale, selling or causing to be sold, or importing or causing to be imported the QAS Supplement Delivery System;

2. Directly or indirectly making or causing to be made, using or causing to be used, offering to sell or causing to be offered for sale, selling or causing to be sold, or importing or causing to be imported, any other system that infringes the '771 patent; and

3. Any direct infringement, contributory infringement, or inducement of infringement of the '771 patent.

In support of this motion, plaintiff relies upon the accompanying Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction and the supporting declarations, filed herewith.

**REQUEST FOR ORAL ARGUMENT**

Plaintiff believe that oral argument will assist the Court in its consideration of this motion and thus request to be heard.

Dated:  November 19, 2004

SMARTPAK EQUINE, L.L.C.,

By their attorneys,

_____
Denise W. DeFranco (BBO# 558859)
Jeremy A. Younkin (BBO# 654047)
FOLEY HOAG
155 Seaport Boulevard
Boston, MA 02210-2600
Tel. (617) 832-1000
Fax (617) 832-7000