UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SmartPak Equine, L.L.C.,
        Plaintiff,

v.

CARL JANZEN, individually and d/b/a QWIK AND SIMPLE, JAMES CHRISTIE, d/b/a QWIK AND SIMPLE, and GRANT MYHRE, d/b/a QWIK AND SIMPLE,

        Defendants.

CIVIL ACTION NO.

04 - 12454 RGS

## DECLARATION OF JEREMY A. YOUNKIN

I, Jeremy A. Younkin, declare as follows:

1. I am an associate with the law firm Foley Hoag LLP. I represent the plaintiff in this case, SmartPak Equine L.L.C.

2. I make this declaration on personal knowledge and in support of SmartPak Equine's Motion for a Preliminary Injunction.

3. On November 19, 2004, I telephoned the Town Clerk's Office in Pembroke, Massachusetts.

4. The Town Clerk's Office informed me that there is no current certificate to do business in Pembroke, Massachusetts under the name Qwik and Simple or under the name QAS.

5. The Town Clerk's Office informed me that a certificate listing Carl Janzen as the owner of "QAS LLC" was cancelled in August 2004.

6. The Town Clerk's Office informed me that Grant Myhre has not filed a certificate to do business in Pembroke, Massachusetts.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2004, at Boston, Massachusetts.

                                                                          _____
                                                                          Jeremy A. Younkin