UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SMARTPAK EQUINE, L.L.C.,
        Plaintiff,

v.

CARL JANZEN, individually and d/b/a QWIK AND SIMPLE, JAMES CHRISTIE, d/b/a QWIK AND SIMPLE and GRANT MYHRE, d/b/a QWIK AND SIMPLE,

        Defendants.

CIVIL ACTION NO.

04 - 12454 RGS

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Plaintiff SmarkPak Equine, L.L.C. is a Delaware limited liability company. It has no parent corporation and no publicly held company owns 10% or more of its stock.

Dated: November 19, 2004

SMARTPAK EQUINE, L.L.C.,

By their attorneys,

_/s/ Denise W. DeFranco_
Denise W. DeFranco (BBO# 558859)
Jeremy A. Younkin (BBO# 654047)
FOLEY HOAG
155 Seaport Boulevard
Boston, MA 02210-2600
Tel. (617) 832-1000
Fax (617) 832-7000