# United States District Court

_____ DISTRICT OF _____

MASSACHUSETTS

| | |
|---|---|
| SMARTPAK EQUINE, L.L.C. | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| CARL JANZEN, individually and d/b/a QWIK AND SIMPLE and GRANT MYHRE, d/b/a QWIK AND SIMPLE | 04 - 12454 RGS |

TO:  CARL JANZEN

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Denise W. DeFranco
FOLEY HOAG LLP
155 Seaport Blvd
Boston, MA  02210

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                      NOV 22 2004
CLERK                                                                    DATE

(BY) DEPUTY CLERK

I hereby certify and return that today, November 22, 2004, I served a true and attested copy of the within Summons; Complaint; Motion for Preliminary Injunction; Corporate Disclosure; Local Category Sheet; Civil Action Cover Sheet in this action upon the within named Carl Janzen, by leaving said copies at 245 Oldham Street, Pembroke, MA *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Carl Janzen, at 245 Oldham Street, Pembroke, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on November 22, 2004.

_____
Joseph P. Butler Jr., Process Server
& Disinterested Person over Age 18.

Service & Travel: $55.00

**Butler and Witten**
Boston, MA
(617) 325-6455