AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

SMARTPAK EQUINE, L.L.C.

**SUMMONS IN A CIVIL CASE**

V.

CARL JANZEN, individually and d/b/a QWIK AND SIMPLE and GRANT MYHRE, d/b/a QWIK AND SIMPLE

CASE NUMBER: 04-12454 RGS

TO: JAMES CHRISTIE d/b/a QWIK AND SIMPLE

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Denise W. DeFranco
FOLEY HOAG LLP
155 Seaport Blvd
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE NOV 22 2004

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint* was made by me[1] | |
| NAME OF SERVER (*PRINT*) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:_____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____
_____

☐ Returned unexecuted:_____
_____
_____
_____

☐ Other (*specify*): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                                      Signature of Server

                                                              _____
                                                              Address of Server

* in addition to the complaint a copy of the following papers were also served: Motion for Preliminary Injunction with Memorandum and Declarations in Support, Corporate Disclosure, Civil Action Cover Sheet and Local Category Cover Sheet

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

I hereby certify and return that today, November 22, 2004, I served a true and attested copy of the within Summons; Complaint; Motion for Preliminary Injunction; Corporate Disclosure; Local Category Sheet; Civil Action Cover Sheet in this action upon the within named James Christie d/b/a Qwik and Simple, by leaving said copies at 475 Washington Street, Pembroke, MA *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named James Christie d/b/a Qwik and Simple, at 475 Washington Street, Pembroke, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on November 22, 2004.

_____
Joseph P. Butler Jr., Process Server
& Disinterested Person over Age 18.


Service & Travel: $134.00


**Butler and Witten**
Boston, MA
(617) 325-6455