AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

SMARTPAK EQUINE, L.L.C.

**SUMMONS IN A CIVIL CASE**

V.

CARL JANZEN, individually and d/b/a QWIK AND SIMPLE and GRANT MYHRE, d/b/a QWIK AND SIMPLE

CASE NUMBER: 04-12454 RGS

TO: GRANT MYHRE d/b/a QWIK AND SIMPLE

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Denise W. DeFranco
FOLEY HOAG LLP
155 Seaport Blvd
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

NOV 22 2004
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint* was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐　　Served personally upon the defendant. Place where served: _____
_____

☐　　Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐　　Returned unexecuted: _____
_____
_____
_____

☐　　Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　　Date　　　　　　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Address of Server

* in addition to the complaint a copy of the following papers were also served: Motion for Preliminary Injunction with Memorandum and Declarations in Support, Corporate Disclosure, Civil Action Cover Sheet and Local Category Cover Sheet

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

State of New Hampshire
Rockingham, SS

# AFFIDAVIT OF SERVICE-INDIVIDUAL

**Name of Server:** Robert P Savoie, undersigned, being duly sworn, deposes and says that at the time of service, S/he was over the age of twenty-one, was not a party to this action;

**Date/Time:** that on the 22 day of November 2004, at 3:25 clock P M

**Place:** at 100 Ten Rod Road, city of Rochester, St. NH
Rochester Equine Clinic

**Documents:** Complaint, Motion for Preliminary Injunction Memo & Declarations in Support Corporate Disclosure LocalCategory Sheet & Civil Action Cover Sheet

**Service on:** Grant D Mhyre

**Person Served** Grant D. Mhyre in Hand

**Method of Service** (X) By personally delivering them into the person to be served X
( ) By delivering into the hands of _____, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person served is _____

**Description:** The person receiving documents is described as follows:
Sex M ; Skin W ; Hair blonde Facial Hair _____
Approx. Age 45 ; Approx. Height 5'8 Approx. Weight 165
( ) To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** /s/ Robert Savoie   Date 11-22-04

Subscribed and sworn to before me this
22 day of November 2004

_Theresa A. Savoie_
**Notary Public**

THERESA ANN SAVOIE, Notary Public
My Commission Expires April 21, 2009

**ROBERT SAVOIE PRIVATE INVESTIGATIONS**
OFFICE- 603-893-8229   FAX – 603-898-6537