UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMARTPAK EQUINE, L.L.C.,<br>　　　　　Plaintiff,<br><br>v.<br><br>CARL JANZEN, individually and d/b/a QWIK AND SIMPLE, JAMES CHRISTIE, d/b/a QWIK AND SIMPLE and GRANT MYHRE, d/b/a QWIK AND SIMPLE,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 04-CV-12454 |

## SUGGESTION OF BANKRUPTCY OF DEFENDANT CARL JANZEN

Plaintiff SmartPak Equine L.L.C. has recently learned that Carl Janzen, one of the defendants in the above-captioned action, has filed a petition for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Massachusetts. SmartPak Equine suggests that the above-captioned action has been stayed **as against Defendant Carl Janzen only**, pursuant to 11 U.S.C. § 362. SmartPak Equine does *not* suggest that the above-captioned action has been stayed as against the other defendants.

Dated:  December 10, 2004

SMARTPAK EQUINE, L.L.C.,

By its attorneys,

Denise W. DeFranco (BBO# 558859)
Jeremy A. Younkin (BBO# 654047)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Tel. (617) 832-1000
Fax (617) 832-7000

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2004, a true copy of the foregoing document was served by U.S. mail upon the following parties:

Dan Bourque (Counsel for Grant Myhre and James Christie)
Bourque & Associates, P.A.
835 Hanover St. Suite 301
Manchester, NH 03104

Carl Janzen
245 Oldham St.
Pembroke, MA 02359

_____
Jeremy Younkin