UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMARTPAK EQUINE, L.L.C.,<br>Plaintiff,<br><br>v.<br><br>CARL JANZEN, individually and d/b/a QWIK AND SIMPLE, JAMES CHRISTIE, d/b/a QWIK AND SIMPLE and GRANT MYHRE, d/b/a QWIK AND SIMPLE,<br><br>Defendants. | CIVIL ACTION NO. 04-CV-12454-RGS |

## JOINT MOTION FOR ENTRY OF PARTIAL CONSENT JUDGMENT

Plaintiff SmartPak Equine L.L.C. (SmartPak Equine) and defendants James Christie, d/b/a Qwik and Simple and Grant Myhre, d/b/a Qwik and Simple, hereby move for entry of the Consent To Partial Judgment Pursuant to Fed. R. Civ. P. 54(b), attached hereto as Exhibit A.

As grounds for this motion, SmartPak Equine L.L.C., James Christie, d/b/a Qwik and Simple and Grant Myhre, d/b/a Qwik and Simple state as follows:

1. On November 19, 2004, SmartPak Equine commenced an action in the U.S. District Court for the District of Massachusetts, docket number Civil Action No. 04-CV-12454-RGS (hereinafter the "Litigation"), alleging, among other things, that Carl Janzen, James Christie, and Grant Myhre, each doing business as Qwik and Simple, have infringed and/or are infringing United States Patent No. 6,733,771 ("the '771 patent").

2. SmartPak Equine, James Christie, d/b/a Qwik and Simple and Grant Myhre, d/b/a Qwik and Simple have entered into a Settlement Agreement settling the claims asserted in the Litigation by SmartPak Equine against James Christie, d/b/a Qwik and Simple and Grant Myhre, d/b/a Qwik and Simple.

3.  There is no just reason for delay of entry of final judgment as to defendants James Christie, d/b/a Qwik and Simple and Grant Myhre, d/b/a Qwik and Simple.

So stipulated and agreed,

SMARTPAK EQUINE, L.L.C.,

By its attorneys,

*/s/ Jeremy A. Younkin*
Denise W. DeFranco (BBO# 558859)
Jeremy A. Younkin (BBO# 654047)
FOLEY HOAG
155 Seaport Boulevard
Boston, MA 02210-2600
Tel. (617) 832-1000
Fax (617) 832-7000

JAMES CHRISTIE, d/b/a Qwik and Simple and GRANT MYHRE, d/b/a Qwik and Simple

By their attorney,

*/s/ Daniel J. Bourque /JAY*
Daniel J. Bourque (BBO# 554361)
Bourque & Associates
Intellectual Property Attorneys, P.A.
835 Hanover Street
Manchester, NH 03104
Tel. 603-623-5111
Fax. 603-624-1432


Dated: December 29, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2004, a true copy of the foregoing document was served by U.S. mail upon the following parties:

    Daniel J. Bourque, Esq. (Counsel for Grant Myhre and James Christie)
    Bourque & Associates
    Intellectual Property Attorneys, P.A.
    835 Hanover Street
    Manchester, NH 03104

    Carl Janzen
    245 Oldham St.
    Pembroke, MA 02359

                                                 /s/ Jeremy A. Younkin
                                                 Jeremy A. Younkin