EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMARTPAK EQUINE, L.L.C.,<br>Plaintiff,<br><br>v.<br><br>CARL JANZEN, individually and d/b/a QWIK AND SIMPLE, JAMES CHRISTIE, d/b/a QWIK AND SIMPLE and GRANT MYHRE, d/b/a QWIK AND SIMPLE,<br><br>Defendants. | CIVIL ACTION NO. 04-CV-12454 |

**CONSENT TO PARTIAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**

This cause coming before the Court on the Joint Motion for Entry of Partial Consent Judgment of the plaintiff, SmartPak Equine L.L.C ("SmartPak Equine"), and the defendants James Christie, d/b/a Qwik and Simple and Grant Myhre, d/b/a Qwik and Simple, final judgment is entered as follows:

**IT IS HEREBY ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter pursuant to 28 U.S.C. §§1331 and 1338.

2. SmartPak Equine is the owner of the entire right, title and interest in United States Letters Patent No. 6,733,771 (the "'771 patent"). Defendants James Christie, d/b/a Qwik and Simple and Grant Myhre, d/b/a Qwik and Simple waive the right to challenge the validity and enforceability of the '771 patent in any new suit, including suits involving products or services that are not the subject of this suit.

3. James Christie, d/b/a Qwik and Simple and Grant Myhre, d/b/a Qwik and Simple

agree that they will not make, use, sell or offer to sell in the United States, nor import into the United States, nor offer in a catalog generally distributed in the United States nor on a website generally accessible in the United States, the QAS Supplement Delivery System, any component thereof, or any other product that infringes the '771 patent.

4. Under Rule 54(b) of the Federal Rules of Procedure, this Court may direct the entry of a final judgment as to one or more but fewer than all parties "only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment." Fed. R. Civ. P. 54(b). Plaintiff SmartPak Equine and Defendants James Christie, d/b/a Qwik and Simple and Grant Myhre, d/b/a Qwik and Simple have consented to the entry of final judgment only as to Defendants James Christie, d/b/a Qwik and Simple and Grant Myhre, d/b/a Qwik and Simple, but not as to Defendant Carl Janzen.

5. Having found that there is no just reason for delay, this Court hereby directs the entry of final judgment only as to Defendants James Christie, d/b/a Qwik and Simple and Grant Myhre, d/b/a Qwik and Simple, but not as to Defendant Carl Janzen.

6. All claims asserted in this action against James Christie, d/b/a Qwik and Simple and Grant Myhre, d/b/a Qwik and Simple are hereby dismissed with prejudice. The parties shall bear their own costs of this action, and all rights to seek attorney's fees or to appeal are waived.

7. The Court shall retain jurisdiction to enforce the terms of this Consent Judgment and the Settlement Agreement.

_Richard G. Stearns_
United States District Judge

Dated: 1-7-05.

The parties hereby agree to entry of the foregoing Consent Judgment as final judgment as to James Christie, d/b/a Qwik and Simple and Grant Myhre, d/b/a Qwik and Simple in this action.

SMARTPAK EQUINE, L.L.C.,

By their attorneys,

*/s/ Jeremy A. Younkin*   12/29/04
Denise W. DeFranco (BBO# 558859)
Jeremy A. Younkin (BBO# 654047)
FOLEY HOAG
155 Seaport Boulevard
Boston, MA 02210-2600
Tel. (617) 832-1000
Fax (617) 832-7000

JAMES CHRISTIE, d/b/a Qwik and Simple AND GRANT MYHRE, d/b/a Qwik and Simple

By their attorney,

*/s/ Daniel J. Bourque*   12/23/04
Daniel J. Bourque (BBO# 554361)
Bourque & Associates
Intellectual Property Attorneys, P.A.
835 Hanover Street
Manchester, NH 03104
Tel. 603-623-5111
Fax. 603-624-1432