UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 14 P 3: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

SMARTPAK EQUINE, L.L.C.,
Plaintiff,

v.

CARL JANZEN, individually and d/b/a QWIK
AND SIMPLE, JAMES CHRISTIE, d/b/a
QWIK AND SIMPLE and GRANT MYHRE,
d/b/a QWIK AND SIMPLE,

Defendants.

CIVIL ACTION NO. 04-CV-12454-RGS

## STATUS REPORT REGARDING ACTION AGAINST DEFENDANT CARL JANZEN

On January 25, 2005, the Court (through its deputy clerk) requested that Plaintiff

SmartPak Equine L.L.C. provide a status report regarding Defendant Carl Janzen's bankruptcy

action, *In re Janzen*, Case No. 04-19129-JNF, before the end of February 2005.

On February 4, 2005, the Chapter 7 Trustee moved for extension of the deadline by

which he may file a complaint to object to Mr. Janzen's discharge to April 7, 2005. *See* Chapter

7 Trustee's Motion, dated February 4, 2005, attached hereto as Exhibit A. On February 4, 2005,

the Bankruptcy Court granted the motion. *See* Order, dated February 4, 2005, attached hereto as

Exhibit B. Accordingly, SmartPak Equine requests that this case against Mr. Janzen remain

open pending a potential non-dischargeability determination, which would lift the stay in this

case.

Dated: February 14, 2005

SMARTPAK EQUINE, L.L.C.,

By its attorneys,

Denise W. DeFranco (BBO# 558859)
Jeremy A. Younkin (BBO# 654047)
FOLEY HOAG
155 Seaport Boulevard
Boston, MA 02210-2600
Tel. (617) 832-1000
Fax (617) 832-7000

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2005, a true copy of the foregoing document was served by U.S. mail upon the following party:

Carl Janzen
245 Oldham St.
Pembroke, MA 02359

Jeremy A. Younkin

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: )
)
CARL & ELIZABETH JANZEN )   Chapter 7
)   Case No.04-19129-JNF
Debtors )
)

## CHAPTER 7 TRUSTEE'S MOTION TO ENLARGE TIME WITHIN WHICH TO OBJECT TO DEBTOR'S DISCHARGE

Stewart F. Grossman, Chapter 7 Trustee ("Trustee") of the above-captioned estate,

hereby moves, pursuant to Bankruptcy Rule 4004(b), to extend the deadline by which he may

file a complaint objecting to the Debtor's discharge. The Trustee seeks to extend this deadline to

April 7, 2005. In support hereof, the Trustee states as follows:

1.    On November 10, 2004, Carl and Elizabeth Janzen 04-19129-JNF (the "Debtors")

filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2.    The Section 341 meeting of creditors was held on December 9, 2004.

3.    The Trustee requested various documents, which the Debtor to this date has not

provided.


WHEREFORE, the Trustee, respectfully requests that this Court enter an Order:


1.    Extending the deadline by which the Trustee may file a complaint objecting to

discharge to April 7, 2005; and

L:\15000\

1

2.    Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

Dated: February 4, 2005

s/s Stewart F. Grossman
Stewart F. Grossman, Ch.7 Trustee
LOONEY & GROSSMAN, LLP
101 Arch Street
Boston, MA  02110
(617) 951-2800

L:\15000\

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                          )
                                )
CARL & ELIZABETH JANZEN         )    Chapter 7
                                )    Case No.04-19129-JNF
                    Debtors     )
                                )

## CERTIFICATE OF SERVICE

I, Stewart F. Grossman, hereby certify that on February 4, 2005, a true copy of **Motion of the Chapter 7 Trustee to Enlarge Time Within Which to Object to Debtor's Discharge** was served on the following by first-class mail, postage prepaid:

Jerome D. Harriman, Esq.
P.O. Box 664
Rockland, MA 02370
(Debtor's counsel)

Adam Weisberger, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

Office of the U.S. Trustee
1184 Thomas P. O'Neill Federal Building
10 Causeway St.
Boston, MA 02222

s/s Stewart F. Grossman
Stewart F. Grossman

L:\15000\

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: )
)
CARL & ELIZABETH JANZEN ) Chapter 7
) Case No.04-19129-JNF
Debtors )
)

## CHAPTER 7 TRUSTEE'S MOTION TO ENLARGE TIME WITHIN WHICH TO OBJECT TO DEBTOR'S DISCHARGE

Stewart F. Grossman, Chapter 7 Trustee ("Trustee") of the above-captioned estate, hereby moves, pursuant to Bankruptcy Rule 4004(b), to extend the deadline by which he may file a complaint objecting to the Debtor's discharge. The Trustee seeks to extend this deadline to April 7, 2005. In support hereof, the Trustee states as follows:

1.  On November 10, 2004, Carl and Elizabeth Janzen 04-19129-JNF (the "Debtors") filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2.  The Section 341 meeting of creditors was held on December 9, 2004.

3.  The Trustee requested various documents, which the Debtor to this date has not provided.

WHEREFORE, the Trustee, respectfully requests that this Court enter an Order:

1.  Extending the deadline by which the Trustee may file a complaint objecting to discharge to April 7, 2005; and

02/04/2005 Motion allowed.

L:\15000\

1