UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMARTPAK EQUINE, L.L.C.,<br>Plaintiff,<br><br>v.<br><br>CARL JANZEN, individually and d/b/a QWIK AND SIMPLE, JAMES CHRISTIE, d/b/a QWIK AND SIMPLE and GRANT MYHRE, d/b/a QWIK AND SIMPLE,<br><br>Defendants. | CIVIL ACTION NO. 04-CV-12454-RGS |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff hereby dismisses without prejudice its complaint against the remaining defendant, Carl Janzen, in light of the Order issued by the United Stated Bankruptcy Court for the District of Massachusetts, dated June 30, 2005, granting the debtor Carl Janzen a discharge. A copy of the Bankruptcy Order is attached as Exhibit A.

Dated: July 18, 2005

SMARTPAK EQUINE, L.L.C.,

By its attorneys,

/s/ Jeremy A. Younkin
Denise W. DeFranco (BBO# 558859)
Jeremy A. Younkin (BBO# 654047)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Tel. (617) 832-1000
Fax (617) 832-7000

FHBOSTON/3068216.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2005 a true copy of the foregoing document was served by U.S. mail upon the following party:

Carl Janzen
245 Oldham St.
Pembroke, MA 02359

*/s/ Jeremy A. Younkin*
Jeremy A. Younkin

FHBOSTON/3068216.1

Form B18J (7/99)

# UNITED STATES BANKRUPTCY COURT
District of Massachusetts

Chapter: 7   Date of Petition: 11/10/04
Case No. **04-19129**
Judge Joan N. Feeney

In Re: (Name of Debtor)
**Carl H. Janzen**
245 Oldham St.
Pembroke, MA 02359
xxx-xx-7034

**Elizabeth A. Janzen**
245 Oldham St.
Pembroke, MA 02359
xxx-xx-2144

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED** :

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 6/30/05

Joan N. Feeney
U.S. Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**